# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-11768
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
January 30, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DAMEYON ANTOINE NEWTON,

Defendant-Appellant

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 4:16-CR-60-1

Before KING, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Dameyon Antoine Newton pleaded guilty of conspiracy to possess with intent to distribute a controlled substance, and he was sentenced within the guidelines range to a statutory-maximum 240-month term of imprisonment and to a three-year period of supervised release. In this appeal, Newton contends that the district court erred in overruling his objection to adjustment of his guidelines offense level by two levels pursuant to U.S.S.G. § 3B1.1(c)

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-11768

because he was an organizer, leader, manager, or supervisor of criminal activity.

The district court's finding that Newton was an organizer, leader, manager, or supervisor in the drug conspiracy was plausible and was not clearly erroneous. *See United States v. Ochoa-Gomez*, 777 F.3d 278, 281-82 (5th Cir. 2015). The record reflects that Newton exercised management responsibility over property, assets, or activities of the drug conspiracy. *See* § 3B1.1, comment. (n.2); *Ochoa-Gomez*, 777 F.3d at 283-84. The judgment is AFFIRMED.